Nellie Corrigan and Martin Corrigan, appellees, v. Edward L. England et al., defendants, on appeal of Edward L. England, appellant. Gen. No. 33,476.

Opinion filed January 2, 1930. Rehearing denied January 15, 1930.
Homer A. Dodge, for appellant; Edward F. O'Toole, of counsel. No appearance for appellees.
Mr. Presiding Justice Wilson delivered the opinion of the court.

Christina Pearson, appellee, v. Ridgewood Cemetery Company, appellant. Gen. No. 33,485.

Opinion filed January 2, 1930. Rehearing denied and opinion slightly modified January 15, 1930.
Brundage, Landon & Holt, for appellant; Floyd E. Britton, of counsel. Thomas J. Finnegan, for appellee.
Mr. Presiding Justice Wilson delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Paul Stitniky, plaintiff in error. Gen. No. 33,502.

Opinion filed January 2, 1930.
Trainor & Trainor, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; Edw. E. Wilson and John Holman, Assistant State's Attorneys, of counsel.
Mr. Presiding Justice Wilson delivered the opinion of the court.

Auburn Chicago Company, appellee, v. Merchants & Manufacturers Securities Company, appellant. Gen. No. 33,549.

Opinion filed January 2, 1930. Rehearing denied January 15, 1930.
Walter A. Myer and Philip D. Hoffman, for appellant. Pruitt & Grealis, for appellee.
Mr. Presiding Justice Wilson delivered the opinion of the court.